United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kiuver Castillo Alba, as next of friend for JOSUE FABRE QUESADA, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-1441 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Kiuver Castillo Alba filed an immigration habeas petition under 28 U.S.C. § 2241 (Docket Entry No. 1) on behalf of an immigration detainee, Josue Fabre Quesada. Josue Fabre Quesada is in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center. Among other relief, the petition requests that the court order Fabre Quesada's release under reasonable conditions while United States Citizenship and Immigration Services (USCIS) adjudicates his adjustment of status under the Cuban Adjustment Act. (Docket Entry No. 1 at 7).

The court held a motion hearing on March 18, 2026. After hearing argument from the federal respondent and the next friend, the court found that it lacked jurisdiction to consider the asserted challenges to Mr. Fabre Quesada's final order of removal and that Mr. Fabre Quesada's pending application under the Cuban Adjustment Act does not operate as a stay on his final order of removal. The court also stated that the government does not have a court ordered bar on deportation of Mr. Fabre Quesada.

Since the hearing, the next friend has filed an Emergency Motion to Enforce Court Order (Docket Entry No. 22), arguing that per the court's Order of March 16, 2026, the respondents are enjoined from removing Mr. Fabre Quesada from the Southern District of Texas because "there has been no order modifying or dissolving the court's injunction." (*Id.*).

For the reasons stated on the record at the hearing on March 18, 2026, the Emergency Motion to Enforce Court Order (Docket Entry No. 22) is **denied**.

The Clerk will provide a copy of this Order to the parties and will also email a copy to Next Friend Kiuver Castillo Alba at the email address he has provided: kiuver.ca@gmail.com.

SIGNED on March 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge