United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kiuver Castillo Alba, as next of friend for JOSUE FABRE QUESADA, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-1441 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Kiuver Castillo Alba, on behalf of an immigration detainee, Josue Fabre Quesada, has moved for an immediate stay of removal. (Docket Entry No. 26). He has also filed an appeal of this court's ruling granting the respondents' motion for summary judgment. (Docket Entry No. 25). The court construes the motion for an immediate stay of removal as a motion for a stay pending appeal. To prevail on a motion for a stay pending appeal, the movant must show a likelihood of success on the merits. *Nken v. Holder*, 556 U.S. 418, 434 (2009). The petitioner has not done so. This court lacks jurisdiction to stay the petitioner's removal, (Docket Entry Nos. 21, 24), and the Fifth Circuit is unlikely to rule otherwise.

SIGNED on March 19, 2026, at Houston, Texas.

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge